EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Rafael Fuentes Fernández | 2005 TSPR 15 <br><br> 163 DPR \_\_\_\_ |

Número del Caso: TS-8592

Fecha: 25 de febrero de 2005

 Abogados del Peticionario:

       Lcdo. Evaristo M. Orengo, Jr.

Oficina del Procurador General:

       Lcda. Cynthia Iglesias Quiñones
       Procuradora General Auxiliar

Miembro de la Comisión de Reputación para el Ejercicio de la Abogacía:

       Lcdo. Doel Quiñones Núñez
       Lcda. Belén Guerrero Calderón
       Lcdo. Carlos Víctor Dávila
         Dr. Robert Stohlberg
       Lcdo. José Guillermo Vivas
       Lcda. Waleska Delgado Marrero
       Lcdo. Héctor Saldaña Egozcue

       Lcdo. Alcides Oquendo Solís
       Procurador Especial de la Comisión

Materia: Solicitud de Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael Fuentes Fernández

                              TS-8592


                         RESOLUCIÓN


San Juan, Puerto Rico, a 25 de febrero de 2005.

        Examinado el Informe de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía de 4 de febrero de 2005, se autoriza la reinstalación del Sr. Rafael Fuentes Fernández al ejercicio de la abogacía y a la notaría.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo